**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

| | | |
|---|---|---|
| SIMPLOT AB RETAIL, INC.,<br>d/b/a SIMPLOT GROWER SOLUTIONS | ) <br> ) <br> ) | PLAINTIFF |
| v. | ) <br> ) <br> ) <br> ) <br> ) | No. 2:24-cv-00198-BSM |
| PALSA PLANTATION,<br>BRANDI GAIL PALSA,<br>WILLIAM EDDIE PALSA, JR.,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) | DEFENDANTS |

**CONSENT JUDGMENT**

COMES NOW, before the Court the Complaint filed by Plaintiff *Simplot AB Retail, Inc.* ("**Simplot**"), by and through its attorneys, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., against *Palsa Plantation,* a general partnership ("**Judgment Defendant**"), *Brandi Gail Palsa* & *William Eddie Palsa, Jr.* (collectively, along with *Palsa Plantation*, the "**Defendants**"). Upon consideration the Complaint [Dkt. #1] filed by Simplot on November 5, 2024, and filings of record, and consent of the Judgment Defendant to the entry of this Consent Judgment, as indicated by the signature(s) of counsel below, the Court hereby finds and orders as follows:

1.     Simplot filed the Complaint in the above-captioned action on November 5, 2024, in which it alleged that Defendants defaulted in paying Simplot under and pursuant to that certain Promissory Note dated April 4, 2023, in the original principal amount of $1,798,237.00. (Compl., Dkt. #1, ¶¶ 9, 13, 14, Ex. A & Ex. D).

4915-7382-6115, v. 2

2.      Defendants filed an Answer and Affirmative Defenses [Dkt: #5] to the Complaint on or about December 16, 2024.

3.      As of October 24, 2024, the principal amount due and owing totals $1,798,237.00, exclusive of accrued interest and additional interest that accrues, plus costs, attorneys' fees and expenses, which accrued interest and finance charges totaled $297,112.10 as of October 24, 2024. The principal balance due and owing under the Note has accrued interest and finance charges from and after origination of the Note from April 4, 2023, at the rate of 12% per annum.[1]  As of October 24, 2024, the outstanding indebtedness due and owing by Defendants under the Note totaled $2,095,349.10, plus additional interest accruing at $17,770.91 per month, costs, attorneys' fees and expenses which continued to accrue.  As of May 1, 2025, and for the purpose of the prompt entry of this instant consent judgment as of the date of its entry, the outstanding indebtedness due and owing by Defendants under the Note totals $2,201,974.56.

4.      Defendants remain and are presently in default under the terms of the Note.  On or about April 29, 2025, Defendant, *William Eddie Palsa, Jr.*, filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in United States Bankruptcy Court for the Eastern District of Arkansas, assigned Case Number 2:25-bk-11451.  *See* Dkt. #:12 (*Notice of* [Filing] *Bankruptcy*). On or about June 3, 2025, Defendant, *Brandi Gail Palsa,* filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in United States Bankruptcy Court for the Eastern District of Arkansas, assigned Case Number 2:25-bk-11881.  *See* Dkt. #:17 (*Notice of* [Filing] *Bankruptcy*).

---

[1] The accrual of interest applied to the principal balance has always been and has remained at 12% interest per annum. While a higher interest rate per annum could be applied as accruing on the applicable principal balance owed as referenced in the Complaint and Exhibit F of the Complaint, the applicable interest rate applied and accruing on the principal balance owed remained and has always been 12% per annum which is less than the applicable interest rate per annum of 13% under Note and 12% per annum is and has always been the applicable interest rate applied on the principal balance owed under the Note the entire term. Zero / no payments were ever made by Defendants to Simplot at any time.

4915-7382-6115, v. 2

5.     As indicated by signature below by counsel for *Palsa Plantation*, the Judgment Defendant, it hereby consents to the award by the Court to Simplot of a final judgment against *Palsa Plantation*, in the total amount of $2,201,974.56, together with post-judgment interest accruing from and after the date of entry of this Consent Judgment, until paid in full, at the applicable post-judgment interest rate per annum pursuant to 28 U.S.C. §1961.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**:

(a) That Plaintiff, Simplot AB Retail, Inc. d/b/a Simplot Grower Solutions, shall have and is hereby awarded judgment against Judgment Defendant, *Palsa Plantation* in the total amount of $2,201,974.56, together with post-judgment interest on the principal amount thereof accruing from and after the date of entry of this Consent Judgment at the rate 3.98 percent per annum pursuant to 28 U.S.C. §1961; and

(b) That all writs and processes authorized by law for the collection of judgments shall issue hereon, without further application to this Court.

**IT IS SO ORDERED** this 13th day of July 2026.

HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

Approved For Entry:

/s/ R. Spencer Clift, III
R. Spencer Clift, III (TN 020445)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2216
sclift@bakerdonelson.com

*Attorneys for Simplot AB Retail, Inc. - Plaintiff*

4915-7382-6115, v. 2

/s/ Frank Falkner_____
FRANK FALKNER (AR #2004-202)
DILKS LAW FIRM
P.O. Box 34157
Little Rock, AR 72203
Tel: (501) 244-9770
Fax: (888) 689-7626
frank@dilkslawfirm.com

*Attorney for Palsa Family Farms, LLC - Defendant*

4915-7382-6115, v. 2